**FILED**

JAN 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 15, 2010

The Honorable Charles R. Breyer
The Unites States District Court
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Honorable Judge Breyer,

My name is Tekleberhan Sebahtu current resident of Roseburg Oregon. The Court has scheduled me for a hearing for my petition No. C 09-80287 CRB misc - to correct my month/date/year of birth for Friday, February 5, 2010 at 10:00 a.m. to appear before you.

Your Honor, I am requesting to be granted a hearing by telephone to avoid driving about 450 miles (one way) in winter roads. I can stand by and wait for you either on my scheduled day Friday, February 5, 2010 at 10:00 a.m. or any time that I am scheduled and convenient for you. If that is not possible I will keep my schedule Friday, February 5, 2010 and appear in person in front of you.

Your assistance in this matter, your Honor, is greatly appreciated.

My address is:

Tekleberhan Sebahtu
2922 Sycan Court
Roseburg, OR 97471

Home tel: 541-672-5459
Cell tel: 510-685-5642


Very respectfully,

*[signature]*

Tekleberhan Sebhatu, Ph.D.

